UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RADDAD KHATEEB, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-3291 |
| | § | |
| LAFLAIRIOUS JACKSON, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

The plaintiff's unopposed motion to extend the temporary restraining order ("TRO") previously entered by the Court (Dkt. 15) is **GRANTED**. Under Federal Rule of Civil Procedure 65(b)(2), the TRO will remain in effect until **11:59 p.m. on August 20, 2025**.

SIGNED at Houston, Texas on August 6, 2025.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE