United States District Court
Southern District of Texas
**ENTERED**
September 04, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RADDAD KHATEEB,<br>    Plaintiff, | §<br>§<br>§ |
| VS. | §    CIVIL ACTION NO. 4:25-CV-03291 |
| | § |
| LAFLAIRIOUS JACKSON, *et al.*,<br>    Defendants. | §<br>§<br>§ |

## ORDER OF DISMISSAL

On September 3, 2025, the Plaintiff filed a Notice of Dismissal without prejudice (Dkt. #31) pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Accordingly, it is hereby **ORDERED** that all claims asserted against any party in the above-captioned lawsuit are hereby **DISMISSED WITHOUT PREJUDICE** to their being re-filed.

Each party shall bear its own attorneys' fees and costs.

**THIS IS A FINAL JUDGMENT.**

SIGNED at Houston, Texas on September 4, 2025.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE